# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD D. HARRIS, AN INDIVIDUAL,
Appellant,

vs.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-BC4, A FOREIGN LIMITED LIABILITY CORPORATION,
Respondent.

No. 75764

**FILED**

OCT 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Timothy C. Williams, District Judge
Kathleen M. Paustian, Settlement Judge
Reza Athari & Associates, PLLC.
Akerman LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-41440